NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE D. WINCHESTER, | ) | No. C 10-04513 JF (PR) |
| Petitioner, | ) ) | ORDER ADMINISTRATIVELY CLOSING CASE |
| vs. | ) ) | |
| T. L. GONZALES, | ) ) ) | |
| Respondent. | ) ) | |

Petitioner filed a "petition for mandate order" on October 4, 2010, by which the instant action was opened. (Docket No. 1.) It is clear from contents of the motion that it pertains to habeas action opened on September 29, 2010 as Case No. C 10-04391 JF (PR). Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall file copies of all documents in this action into Case No. C 10-04391 JF (PR), and administratively close the file.

IT IS SO ORDERED.

DATED: 2/2/11

JEREMY FOGEL
United States District Judge

Order Administratively Closing File
P:\PRO-SE\SJ.JF\HC.10\Winchester04513_adm-close.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WAYNE D. WINCHESTER,

          Petitioner,

  v.

T.L. GONZALES,

          Respondent.

Case Number: CV10-04513 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/17/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wayne D. Winchester D-99680
California Men's Colony
P.O. Box 8101
Cell #5388C
San Luis Obispo, CA 93409

Dated:  2/17/11

                              Richard W. Wieking, Clerk